TIMOTHY CROUCH and )
DAVID SHARP, )
                     )
           Plaintiff, )          CASE NO. 1:09-00091
                     )          JUDGE HAYNES
v. )
                     )
LEWIS COUNTY, TENNESSEE, *et al.*, )
                     )
           Defendants. )

## O R D E R

In accordance with the Memorandum filed herewith, Plaintiff Crouch's complaint is **DISMISSED with prejudice.**

Pursuant to the Court's earlier Order granting Plaintiff Crouch's application to proceed in forma pauperis, Plaintiff is herewith **ASSESSED** the civil filing fee of $350.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the Plaintiff's inmate trust account at the institutions where he now resides is directed to submit to the Clerk of the Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to the Plaintiff's inmate trust account; **or**

(b) twenty (20%) of the average monthly balance in the Plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the Plaintiff's preceding monthly income (or income credited to the Plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee of three

hundred fifty dollars ($350.00) as authorized under 28 U.S.C. § 1914(a) has been paid to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3). Should the Plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit a new application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(1); McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 2 7th day of May, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge